ADELAIDE BENDER, respondent;

*v.*

JOHN H. DIALOGUE, JR., et al., appellants.

[Submitted December 9th, 1912.   Decided March 5th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *80 N. J. Eq. (10 Buch.) 408.*

*Messrs. French & Richards,* for the appellants.

*Mr. Lewis Starr,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor. Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY—12.

*For reversal*—None.